STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

SHIRLEY DUFOUR
VERSUS
RIVER CITY MANAGEMENT

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION, DISTRICT 2
PARISH OF RAPIDES, NO. 05-07862
HONORABLE JAMES BRADDOCK

\*\*\*\*\*\*\*\*\*\*

JAMES T. GENOVESE
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Michael G. Sullivan, Glenn B. Gremillion, and James T. Genovese, Judges.

**MOTION TO DISMISS APPEAL DENIED.**

George Flournoy
Flournoy & Doggett
Post Office Box 1270
Alexandria, LA 71309
(318) 487-9858
COUNSEL FOR PLAINTIFF/APPELLANT:
    Shirley DuFour

Debra Parker
Johnson, Stiltner & Rahman
Post Office Box 98001
Baton Rouge, LA 70898-8001
(225) 930-0437
COUNSEL FOR DEFENDANTS/APPELLEES:
    River City Management
    Louisiana Workers' Compensation Corporation